UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM EUGENE FIELDS,<br><br>                Plaintiff,<br><br>   v.<br><br>PIERCE COUNTY, et al,<br><br>                Defendants. | CASE NO. 3:22-cv-05626-DGE-BAT<br><br>**ORDER DISMISSING<br>DEPARTMENT OF CORRECTIONS** |

Having reviewed the Report and Recommendation (Dkt. No. 13), all objections or responses, and the record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Claims against the Washington Department of Corrections are dismissed with prejudice. The clerk shall maintain the order referring the matter to the Magistrate Judge.

    (3)    The Clerk shall send copies of this Order to the parties.

Dated 3rd day of January, 2023.

David G. Estudillo
United States District Judge

ORDER DISMISSING DEPARTMENT OF
CORRECTIONS - 1