UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM EUGENE FIELDS,<br><br>      Plaintiff,<br><br> v.<br><br>PIERCE COUNTY, et al,<br><br>      Defendant. | CASE NO. 3:22-cv-05626-DGE-BAT<br><br>**ORDER DIRECTING PIERCE COUNTY TO FILE RESPONSIVE PLEADING** |

 Plaintiff, William Eugene Fields, filed a 42 U.S.C. § 1983 complaint against Pierce County and Washington State Department of Corrections. On January 3, 2023, the Court dismissed Plaintiff's claims against the Washington State Department of Corrections.

 The Court accordingly directs Pierce County, the sole remaining Defendant to file a responsive pleading no later than January 31, 2023.

 The Clerk shall provide a copy of this order to the parties and the assigned District Judge.

 DATED this 17th day of January, 2023.

                _____
                BRIAN A. TSUCHIDA
                United States Magistrate Judge