UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM EUGENE FIELDS,<br><br>             Plaintiff,<br><br>   v.<br><br>PIERCE COUNTY,<br><br>             Defendant. | CASE NO. 3:22-cv-05626-DGE-BAT<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation (Dkt. No. 21), any objections or responses, and the record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The case is DISMISSED with prejudice.

(3) The Clerk shall send copies of this Order to the parties.

Dated this 21st day of March, 2023.

David G. Estudillo
United States District Judge

ORDER OF DISMISSAL - 1